**Order entered May 3, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00170-CV

### IN THE INTEREST OF A.M. AND A.M., CHILDREN

**On Appeal from the 354th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 87085**

## ORDER

Before the Court is appellant's April 30, 2020 motion for an extension of time to file his brief on the merits. We **GRANT** the motion and extend the time to **May 10, 2021**. We caution appellant that further extension requests in this accelerated appeal involving the termination of parental rights will be disfavored.

/s/    CORY L. CARLYLE
         JUSTICE